IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANGELA HATFIELD,              )
                              )
        Plaintiff,            )
                              )
    vs.                       )   Civil Action No. 08-849
                              )
UNITED PARCEL SERVICE, INC.   )
                              )
        Defendant             )

O R D E R

AND NOW, this 14th [8th] day of October, 2009, after the plaintiff, Angela Hatfield, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by defendant, United Parcel Service, Inc., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff and the response to those objections filed by defendant, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 36), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion for summary judgment (Docket No. 20) is granted.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by

filing a notice of appeal as provided in Rule 3, Fed. R. App. P. 3.

_____
United States District Judge